# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03024-SVW-SK | Date | May 26, 2023 |
|---|---|---|---|
| Title | Antonio Luis Freire v. Spirit Bus Company et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on April 26, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

On May, 18, 2023, plaintiff filed a Request to Vacate Orders; however he has failed to adquately respond to the Order to Show Cause because he has not described how he is timely prosecuting the action.

The Court orders the case dismissed, without prejudice.

:

Initials of Preparer   PMC